UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Angela Amerson,

DEBTOR.
_____/

CHAPTER 13
CASE NO. 19-40267-PJS
JUDGE PHILLIP J. SHEFFERLY

## TRUSTEE'S REPORT OF UNDISCLOSED ASSET(S)

Pursuant to Local Bankruptcy Rule 2015-1, the Trustee hereby states that the Trustee discovered the following assets after the debtor testified at the First Meeting of Creditors that the schedules are accurate:

Televisions sets having an aggregate value of $1,000.00.

This report is for informational purposes only. No response is permitted.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

Dated: March 11, 2019

By: /s/ Thomas D. DeCarlo
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
Attorneys for Chapter 13 Trustee,
   David Wm. Ruskin
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755